**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ricky Lee Jarrett,<br><br>  Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio, et al.,<br><br>  Defendants. | No. CV-13-0440-PHX-JAT (DKD)<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Appointment of Counsel (Doc. 19). Plaintiff's first request for the appointment of counsel was denied on June 6, 2013 (Doc. 8). As previously stated, there is no constitutional right to appointment of counsel in a civil case. *See Johnson v. Dep't of Treasury*, 939 F.2d 820, 824 (9th Cir. 1991). Appointment of counsel in a civil rights case is required only when exceptional circumstances are present. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991) (citing *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986)). Plaintiff has again failed to demonstrated a likelihood of success on the merits, and has not shown that he is experiencing difficulty in litigating this case because of the complexity of the issues involved. Accordingly,

**IT IS HEREBY ORDERED** denying Plaintiff's Motion for Appointment of Counsel (Doc. 19).

DATED this 14th day of August, 2013.

_____
David K. Duncan
United States Magistrate Judge